# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED 17-0412 M |
| v. | |
| BRIAN JAMES PLAXCO | **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES** |
| DEFENDANT(S). | **18 USC §3006A(f)** |

On   September 14, 2017   defendant   Brian James Plaxco  

☑ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints  the Office of the Federal Public Defender (FPD)  as counsel for the defendant

☑ until further notice.
☐ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☐ A total sum of $ _____
    ☐ due not later than _____
    ☐ due in monthly payments of $ _____ beginning _____.

☐ Monthly payments of $ _____ to commence on _____ and to continue until final disposition of this case.

☑ Other  See attached Minute Order 

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

  09/14/2017  
Dated

~~United States District Judge~~ / Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
    *CJA*
    *FPD*
    *PSA*

CR-26 (07/05)            **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES**

| Case No. | ED17MJ00412-DUTY | Date | September 14, 2017 |
|---|---|---|---|

| Present: The Honorable | SHASHI KEWALRAMANI, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| D. Castellanos | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian James Plaxco | | X | X | Kay Otani | | X | X |

**Proceedings:** Minute Order (In Chambers)

The FPD's office is to track the amount of time spent on the matter of U.S. v. Brian James Plaxco, ED 17-0412 M, by its attorneys and investigators. The FPD shall bill Mr. Plaxco at a rate of $200/hour for attorney time and $75/hour for investigator time spent on the matter. The FPD shall send Mr. Plaxco a bill for the amount and time spent on the matter by the 5th day of the month and shall include all the time and expenses incurred during the previous month by the FPD. Payment shall be made by Mr. Plaxco no later than 30 days after receiving this bill and shall be made by cashier's check and/or money order made payable to **CLERK, U.S. DISTRICT COURT** and mailed to United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Mr. Plaxco's full name and case number must be included on the cashier's check or money order.

**IT SO ORDERED**

Initials of Deputy Clerk   DC

cc:  Fiscal
     DFPD